**Michael K. KITREL, Defendant–Movant,**

v.

**STATE of Missouri, Plaintiff–Respondent.**

**No. 63054.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 17, 1993.

Ellen A. Blau, St. Louis, for defendant-movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Movant, Michael Kitrel, appeals from the denial of his Rule 24.035 motion, without an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).